UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ADNAAN BUKHARI, | ) | 2:10-CV-00627-PMP-RJJ |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| FIRST MAGNUS FINANCIAL CORPORATION; BANK OF AMERICA; RECONTRUST COMPANY; NATIONAL ALLIANCE TITLE; MORTGAGE ELECTRONIC REGISTRATION SYSTEM "MERS," | ) | |
| Defendants. | ) | |

Before the Court for consideration is Defendants Bank of America and Recontrust Company's Motion to Dismiss (Doc. #14), filed on July 1, 2010. The date to file a response to Defendants' motion to dismiss (Doc. #14) has now expired. As a result, the Court finds that for the reasons set forth in Defendants' motion to dismiss (Doc. #14) must be **GRANTED**.

**IT IS SO ORDERED**.

DATED: August 3, 2010.

PHILIP M. PRO
United States District Judge