J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Bank of America and Recontrust Company, N.A.*

## UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADNAAN BUKHARI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST MAGNUS FINANCIAL CORPORATION; BANK OF AMERICA; RECONTRUST COMPANY; NATIONAL ALLIANCE TITLE; MORTGAGE ELECTRONIC REGISTRATION SYSTEM "MERS", ASSIGNEES AND/OR SUCCESSORS, et al.,<br><br>　　　　　　Defendants. | Case: 2:10-cv-00627-PMP-RJJ<br><br>**ORDER CANCELING LIS PENDENS** |

　　　This Court granted Defendants Bank of America's and Recontrust Company's ("Defendants") Motion to Dismiss on August 3, 2010, [DE 19].

　　　Defendants further request that the lis pendens currently recorded against the subject property by Plaintiff Adnaan Bukhari ("Plaintiff") be canceled.

　　　The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on or about April 30, 2010, in Book No. 20100430 as Instrument No. 0004386 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit "A."

　　　UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby canceled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this _ 25th day of August, 2010.

By_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS AND ROCA LLP

By: */s/ J. Christopher Jorgensen*
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendants*

444762